UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 13-2280 DSF (PJWx) | Date | 4/15/13 |
| Title | Afreni Shakur, et al. v. Wideawake Death Row Entertainment LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction

    Plaintiffs allege that this Court has subject matter jurisdiction over this action based on diversity jurisdiction. There are several deficiencies in the jurisdictional allegations. The principal place of business of Plaintiff Amaru Entertainment, Inc. is not alleged. The place of incorporation of WIDEawake Entertainment Group, Inc. is not alleged. The members of WIDEawake Death Row Entertainment LLC are neither stated nor is their citizenship alleged. Finally, a corporation, Entertainment One, is listed in the caption as a defendant, but does not appear to be otherwise mentioned in the complaint. It is not clear whether Entertainment One is intended to be part of the case.

    Plaintiffs are therefore ordered to show cause, in writing, no later than April 22, 2013 why this case should not be dismissed for lack of subject matter jurisdiction.
    IT IS SO ORDERED.