Keith Berglund, Esq. (State Bar No.207649)
The Berglund Group
149 s. Barrington ave.
Suite 181
Los Angeles, Ca. 90049
Telephone: 310-567-6070
Facsimile: 310-564-0327

Attorneys for
Entertainment One Ltd. and
Entertainment One U.S. LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AFENI SHAKUR, an individual and AMARU ENTERTAINMENT, INC., a corporation, as successor in interest to the ESTATE OF TUPAC SHAKUR,<br><br>Plaintiffs,<br><br>v.<br><br>WIDEAWAKE DEATHROW ENTERTAINMENT LLC, a Delaware limited liability company; WIDEAWAKE ENTERTAINMENT GROUP, INC. a Canadian corporation; ENTERTAINMENT ONE LTD., a Canadian corporation; ENTERTAINMENT ONE U.S. LP, f/k/a E1 ENTERTAINMENT U.S. LP, a Delaware limited partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 13-2280 DSF (PJWx)<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for ENTERTAINMENT ONE U.S. LP and ENTERTAINMENT ONE LTD., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. ENTERTAINMENT ONE U.S. LP

2. ENTERTAINMENT ONE LTD. which is a public entity.

3. WIDEAWAKE DEATHROW ENTERTAINMENT LLC

4. WIDEAWAKE ENTERTAINMENT GROUP, INC.

5. AMARU ENTERTAINMENT, INC.

6. AFENI SHAKUR

DATED: June 27, 2013

THE BERGLUND GROUP

By: *[signature]*
Keith W. Berglund
Attorneys for Defendants

RGLUND GROUP
 0 Neilson Way
 Suite 1615
Monica, CA 90405
 10) 567-6070

2

printed on recycled paper

ANSWER TO AMENDED COMPLAINT